INTERNATIONAL UNION, UNITED AUTOMOBILE, &C., et al., appellants,

*v.*

ELASTIC STOP NUT CORPORATION OF AMERICA, respondent.

[Argued February 10th, 1947. Decided May 15th, 1947.]

*Messrs. Rothbard, Harris & Oxfeld* (*Mr. Samuel L. Rothbard, Mr. Emil Oxfeld* and *Mr. Abraham L. Friedman,* of counsel), for the appellants.

*Messrs. Whittemore, Porter & Pollis* (*Mr. Phidias L. Pollis* and *Mr. Hamilton Hicks* (of the New York bar), of counsel), for the respondent.

PER CURIAM.

The order under review will be affirmed, for the reasons stated in the opinion of Vice-Chancellor Bigelow.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, WELLS, RAFFERTY, DILL, FREUND, JJ. 12.

*For reversal*—None.